IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 MAR 18 PM 4:54
OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JONATHON J. STIDHAM a/k/a "Bob White",
JUSTIN T. HAIL a/k/a "Eddie Hyde",
ROBERT A. HOOD, a/k/a "Jason Long",
LINDSEY J. GARCIA, JUSTIN B. AMES,
and FERNANDO LOPEZ-REYES,

Defendants.

8:21CR90

INDICTMENT

[21 U.S.C. §§ 841(a)(1) & (b)(1) and 846
21 U.S.C. § 853]

The Grand Jury Charges:

## COUNT 1

Beginning on or about an unknown date but at least as early as on June 13, 2017, and continuing to in or about March, 2021, in the District of Nebraska and elsewhere, the Defendants, JONATHON J. STIDHAM a/k/a "Bob White", JUSTIN T. HAIL a/k/a "Eddie Hyde", ROBERT A. HOOD, a/k/a "Jason Long", LINDSEY J. GARCIA, JUSTIN B. AMES, and FERNANDO LOPEZ-REYES, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons, known and unknown to the Grand Jury, to commit the following offenses against the United States, to distribute and possess with intent to distribute:

1. anabolic steroids, Schedule III controlled substances, and

2. a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and

3. a mixture and substance containing a detectable amount of N-Ethylhexedrone, a Schedule I controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1) and 846.

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18 United States Code, Section 982(a)(1).

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, alleged in Count 1 of this Indictment, the Defendants, JONATHON J. STIDHAM a/k/a "Bob White", JUSTIN T. HAIL a/k/a "Eddie Hyde", ROBERT A. HOOD, a/k/a "Jason Long", LINDSEY J. GARCIA, JUSTIN B. AMES, and FERNANDO LOPEZ-REYES, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

   a. A Money Judgment against the Defendants in favor of the United States of America:

      1. a sum of money equal to the value of the property constituting, or derived from, any proceeds Defendants obtained, directly or indirectly, as a result of the offenses alleged in Count 1.

3. If any of the property, as a result of any act or omission of the defendant[s]:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

CHRISTOPHER L. FERRETTI
Assistant U.S. Attorney