IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:21CR90** |
| vs. | |
| FERNANDO LOPEZ-REYES, | **ORDER** |
| Defendant. | |

This matter is before the court on the motion of Attorney John J. Velasquez to withdraw as counsel for the defendant, Fernando Lopez-Reyes. (Filing No. 75). John J. Velasquez represents that he has accepted a position of employment that does not allow him to represent the defendant. John J. Velasquez's motion to withdraw (Filing No. 75) is granted.

Julie A. Frank, 209 South 19th Street, Suite 323c, Omaha, NE 68102, (402) 346-2215, is appointed to represent Fernando Lopez-Reyes for the balance of these proceedings pursuant to the Criminal Justice Act. John J. Velasquez shall forthwith provide Julie A. Frank with the discovery materials provided the defendant by the government and such other materials obtained by John J. Velasquez which are material to Fernando Lopez-Reyes's defense.

The clerk shall provide a copy of this order to Julie A. Frank and the defendant.

Dated this 19th day of May, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge