FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 JUN 17 PM 4: 16
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHON J. STIDHAM a/k/a "Bob White",<br>JUSTIN T. HAIL a/k/a "Eddie Hyde",<br>ROBERT A. HOOD, a/k/a "Jason Long",<br>LINDSEY J. GARCIA, JUSTIN B. AMES,<br>and FERNANDO LOPEZ-REYES,<br><br>Defendant. | 8:21CR90<br><br>NOTICE: SUMMARY OF<br>SUPERSEDING INDICTMENT |

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to local Rule of Criminal Procedure 7.2 provides this summary:

1. Count 1 of the Superseding Indictment adds an additional controlled substance – Alprazolam – in paragraph 4, and the Manner and Means used to accomplish the conspiracy is set forth in paragraphs 6-10. Count 1 further alleges that the conspiracy involved a quantity of methamphetamine mixture in excess of 50 grams.

2. Counts 2 and 3 are added, each alleging Conspiracy to Launder Money. Count 2 alleges a conspiracy to commit concealment money laundering. Count 3 alleges a conspiracy to commit international promotion money laundering.

3. The Forfeiture Allegation is expanded to include the statutory basis for forfeiture upon conviction of a money laundering offense. Additional property subject to forfeiture is added in paragraph 3.

4. DATED this ____ day of June, 2021.

UNITED STATES OF AMERICA,
Plaintiff

JAN W. SHARP
Acting United States Attorney

By:   s/Christopher L. Ferretti
CHRISTOPHER L. FERRETTI
DC Bar##985340
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: christopher.ferretti@usdoj.gov