IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FERNANDO LOPEZ-REYES,

Defendant.

CASE NO. 8:21CR90

WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_____     6-22-21
Defendant                          Date

_____     6-23-21
Attorney for Defendant             Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  28  day of  June , 20 21 .

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT